Philip R. Sellinger, Esq.
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
T: (973) 360-7900
F: (973) 301-8410
Email: sellingerp@gtlaw.com
*Attorneys for Defendant*
*Verizon Communications Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SCOTT MATHEWS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>Defendant. | Civil Action: 3:19-cv-21442-FLW-ZNQ<br><br>**(Oral Argument Requested)**<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

TO:  Richard Kim, Esq.
     Kim Law Firm, LLC
     1635 Market Street, Suite 1600
     Philadelphia, PA 19103
     rkim@thekimlawfirmllc.com
     Tel: (855) 996-6342
     Fax: (855) 235-5855
     *Attorney for Plaintiff Scott Mathews*

**PLEASE TAKE NOTICE** that, Defendant Verizon Communications Inc. ("Defendant"), by their undersigned counsel, shall move before the Honorable Freda L. Wolfson, U.S.D.J., at the United States District Court for the District of New Jersey, Clarkson S. Fischer Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey on June 15, 2020 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order granting Defendant's Motion to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Defendant will rely upon the enclosed Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that Defendant has submitted a proposed form of Order.

**PLEASE TAKE FURTHER NOTICE** that Defendant hereby requests oral argument.

By: /s/ *Philip R. Sellinger*
Philip R. Sellinger, Esq.
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
*Attorneys for Defendant Verizon Communications Inc.*

DATED: May 14, 2020