IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| SCOTT MATHEWS, individually, and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>DEFENDANT. | :<br>:<br>:<br>:  Civil Action No. 3:19-cv-21442<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

It is hereby stipulated, by and between the parties in the above captioned matter that this matter is dismissed with prejudice and without costs to either party.

| **The Kim Law Firm, LLC** | **Greenberg Traurig, LLP** |
|---|---|
| */s/ Richard Kim*_____ | */s/ Philip R. Sellinger*_____ |
| By: Richard Kim, Esquire | By: Philip R. Sellinger, Esq. (032871982) |
| Identification No: 202618 | Eric D. Wong, Esq. (018972007) |
| 1635 Market St., Suite 1600 | 500 Campus Drive, Suite 400 |
| Philadelphia, PA 19103 | Florham Park, New Jersey 07932 |
| Phone: 855-996-6342 | Telephone: (973) 360-7900 |
| Fax: 855-235-5855 | Fax: (973) 301-8410 |
| Email: rkim@thekimlawfirmllc.com | Email: sellingerp@gtlaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Verizon* |
| *Scott Mathews* | *Communications, Inc.* |
| | |
| Dated:  December 22, 2020 | Dated:  December 22, 2020 |

**SO ORDERED.**

**Dated: 12/23/2020**

**/s/ Freda L. Wolfson**
**Hon. Freda L. Wolfson**
**Chief Judge**